IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

_Joseph Camp_                        )
Plaintiff                            )
                                     )
            v.                       )      Case No._____
_Bill Raymond_                       )
Defendant(s)                         )
                                     )

## AFFIDAVIT IN SUPPORT OF REQUEST TO
## PROCEED *IN FORMA PAUPERIS* -- PRISONER CASES

I, _Joseph Camp_ declare (1) that I am the _Plaintiff_ in this
case; (2) that in support of my motion to proceed without being required to **prepay** fees or costs, I state
that because of my poverty, I am unable to pay the costs of this proceeding; and (3) that I believe I am
entitled to relief. **(Note: Prisoners eventually must pay the full filing fee of $350.00 in civil rights
cases even if they are granted leave to proceed in forma pauperis and even if this case is dismissed
either during the initial screening process or at a later time by the Court.** See 28 U.S.C. § 1915
(e)(2) and In re Tyler, 110 F.3d 528, 529-30 (8th Cir. 1997)(under Prison Litigation Reform Act,
prisoners are responsible for filing fees the moment a civil action is filed). See instructions provided with
this packet.

1.  Place of confinement of plaintiff: _Leavenworth Detention Center_
    _100 Highway Terrace, Leavenworth Kansas 66048_

2.  Crime(s) for which you have been convicted, date and sentence on each:
    _Pre-Trial Detainee._
    _____

3.  Are you presently employed?        ~~Yes~~        No _X_

    a.  If the answer is "Yes," state the amount of your salary or wages per
        month, and give the name and address of your employer.

        _∅    NO PRISON wages_
        _____

    b.  If the answer is "no", state the date of last employment and the amount
        of the salary and wages per month which you received.

        _2009, minimum wage._
        _____

1

4. Have you received, within the past twelve (12) months, money from any of the following sources?

|  | Yes | No |
|---|---|---|
| Business, profession of form of self-employment? | | X |
| Rent payments, interest or dividends? | | X |
| Pensions, annuities or life insurance payments? | | X |
| Gifts or inheritances? | | X |
| Any other sources? | | X |

If the answer to any of the above is "yes," describe the source and amount of money received from each during the past twelve (12) months.     N/A

5. Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts during the last six (6) months.) Yes____ No X

If the answer is "Yes," state the total amount of cash owned, and the average monthly balance in all checking, savings or prison accounts during the last six (6) months.

N/A

6. Do you own real estate, stocks, bonds, notes, automobiles, jewelry or other valuable property (excluding ordinary household furnishings and clothing)? Yes____ No X

If the answer is "yes," describe the property and state its approximate value.

N/A

7. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

N/A

2

I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT. I UNDERSTAND THAT PROVIDING FALSE INFORMATION MAY RESULT IN DISMISSAL OF THE CASE, SUBJECT ME TO CRIMINAL PROSECUTION, IMPOSITION OF A FINE, OR OTHER SANCTION THAT MAY ADVERSELY AFFECT MY ABILITY TO PURSUE THIS CASE OR OTHER CASES. I HAVE REVIEWED MY ANSWERS TO INSURE THEIR ACCURACY.

Executed (signed) this __11__ day of __October__, 201_1_.

_____
(Signature of Plaintiff)

---

Authorization for Release of Institutional Account Information and
Payment of the Filing Fee

I, ___Joseph Camp___    ___18474-055___
(Name of Plaintiff)         (Register Number)

authorize the Clerk of Court to obtain, from the agency having custody of my person, information about my institutional account, including balances, deposits and withdrawals, to determine my eligibility to proceed *in forma pauperis*. 28 U.S.C. § 1915. The Clerk of Court may obtain my account information from the past six months and in the future until the filing fee is paid. I also authorize the agency having custody of my person to withdraw funds from my account and forward payments to the Clerk of the Court, in accord with 28 U.S.C. § 1915.

Executed (signed) this __1(__ day of __October__, 20_1\_.

_____
(Signature of Plaintiff)

Previously sent a certified copy of my prison trust fund account.
Please except this, the 8/33/ forms, attachments, exhibits, and all motions etc. previously filed as part of my case and in satisfaction of the Courts Order to correct technical deficiencies. Thank you.

3

Joseph A. Camp. 18474-055
CCA Leavenworth Detention
100 Highway Terrace
Leavenworth, Kansas 66048

Legal Mail
Open

64106+1956

To: Clerk of the Court
Charles Evans Whittaker Courthouse
400 East Ninth Street #1510
Kansas City, Missouri 64106

SCREENED BY
U.S. MARSHALS

USA FIRST-CLASS FOREVER